**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>DELTA MARINE ENVIRONMENTAL, LLC,<br><br>  Defendant. | Adv. Proc. No. 18-01593 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

La Asia S. Canty, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

On November 6, 2018, I caused the *Motion for Default Judgment Against Delta Marine Environmental LLC* [Docket No. 13] to be served upon the parties listed on the annexed Service

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

List by First Class Mail and by Certified Mail, Return Receipt Requested postage paid and deposited with the U.S. Postal Service.

                                                                        */s/ La Asia S. Canty*
                                                                          La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
6th day of November, 2018

*/s/ G. Karen Brown*
G. KAREN BROWN

NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019

## SERVICE LIST

**FIRST CLASS MAIL**
Delta Marine Environmental, LLC
61134 St. Tammany Avenue
Slidell, LA 70460

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Delta Marine Environmental, LLC
61134 St. Tammany Avenue
Slidell, LA 70460

**FIRST CLASS MAIL**
Delta Marine Environmental, LLC
c/o Patrick J. Berrigan
13080 Chef Highway
New Orleans, LA 70129

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Delta Marine Environmental, LLC
c/o Patrick J. Berrigan
13080 Chef Highway
New Orleans, LA 70129

**FIRST CLASS MAIL**
Patrick J. Berrigan, R/A and Manager for
Delta Marine Environmental, LLC
61134 St. Tammany Avenue
Slidell, LA 70460

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Patrick J. Berrigan, R/A and Manager for
Delta Marine Environmental, LLC
61134 St. Tammany Avenue
Slidell, LA 70460

**FIRST CLASS MAIL**
Delta Marine Environmental, LLC
Attn: Thomas H. McVea Jr, Member
61134 St. Tammany Avenue
Slidell, LA 70460

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Delta Marine Environmental, LLC
Attn: Thomas H. McVea Jr, Member
61134 St. Tammany Avenue
Slidell, LA 70460